UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 24- 1036

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHELLE B. PETERSON | ]<br>]<br>]<br>]<br>]<br>]<br>] | **Magistrate Case No. 09958553 (Class A)**<br><br>**COMPLAINT**<br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Andrea D. Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Alfredo N. Foster, Jr., MAJ, USA,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **5th day of January 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**MICHELLE B. PETERSON** did commit:

Unlawful Possession of a Weapon in violation of 18 USC 930.

The name of the Complainant is **Alfredo N. Foster, Jr.**

**ALFREDO N. FOSTER, JR., MAJ, USA**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 2ND DAY OF MAY 2024.**

**HONORABLE ANDREA D. BERGMAN**
**United States Magistrate Judge**

5/2/24 NK 6/6/24

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/05, 2024 while exercising my duties as a law enforcement officer in the FEDERAL District of New Jersey

While performing a vehicle Inspection at the commercial vehicle Sat I observed a Handgun In Plain view contained In A Holster Behind the Drivers Seat. The weapon was SIG Sauer Model SP 2022 / 40 CAL S/N 24B157914

The foregoing statement is based upon:

- [ ] my personal observation
- [ ] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/05/2024 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 01/16/2024 13:54